IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
(INDIANAPOLIS)

IN RE:                                              :
                                                    :
TRESLONG DAIRY LEASING, LLC                         :   Case No. 10-12031
                                                    :
                                                    :   Chapter 11
                                                    :
                                                    :   Judge Anthony J. Metz

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Michael, N. Schaeffer, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice law and currently in good standing in:

| | |
|---|---|
| The Supreme Court of Ohio | May 1975 |
| The United States Bankruptcy Court Southern District of Ohio | July 1975 |
| The United States District Court Southern District of Ohio | July 1975 |
| The Supreme Court of the United States | September 1978 |
| The United States Court of Claims. | December 1986 |
| The United States Court of Appeals | June 1997 |
| The United States District Court Northern District of Ohio | September 1999 |
| The United States Bankruptcy Court Northern District of Ohio | September 1999 |
| The United States Court of Appeals for the Federal Circuit | April 2000 |

My license has never been suspended or revoked, and I am not currently subject to other disciplinary action with respect to the practice of law.

I affirm, under the penalties of perjury, that the foregoing representations are true and correct to the best of my knowledge information and belief.

Further affiant sayeth naught.

/s/ *[signature]*
Michael N. Schaeffer (0020480)
Kemp, Schaeffer & Rowe Co., LPA
88 West Mound Street
Columbus, Ohio 43215
Telephone:    (614) 224-2678
Facsimile:    (614) 469-7170
Michael@ksrlegal.com

State of Ohio        )
                     )
County of Franklin   )

Before me, a notary public in and for said county and state, personally appeared Michael N. Schaeffer and being first duly sworn upon her oath, says that the facts alleged in the foregoing instrument are true.

Signed and seals this Aug. 12, 2010.

KATHY L. TAYNOR
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES OCTOBER 17, 2010

_____Kathy L Taynor_____
Notary Public

My commission expires:

10-17-10