**SO ORDERED: September 01, 2010.**



_____

**Anthony J. Metz III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SGENERIC (rev 03/2010)

In Re:

   Treslong Dairy Leasing, LLC                  Case Number:
     SSN: NA        EIN: 20–2461965         **10–12031–AJM–11**
   Debtor(s)

### ORDER

    A(n) Agreed Entry was filed with the Clerk of this Court on August 18, 2010, by Creditor Fifth Third Bank.

    IT IS THEREFORE ORDERED that the Agreed Entry is APPROVED.

###