UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF00100 (rev 07/2010)

In Re:

   Treslong Dairy Leasing, LLC
     SSN: NA      EIN: 20−2461965
   Debtor(s)

Case Number:

**10−12031−AJM−11**

## NOTICE

    A(n) Motion to Dismiss Case was filed with the Clerk of this Court on September 29, 2010, by Debtor Treslong Dairy Leasing, LLC.

    NOTICE IS HEREBY GIVEN that any objection to the relief requested in the above−referenced document must be filed at http://ecf.insb.uscourts.gov which requires a user account and password or in writing with the Clerk's Office in accordance with Local Rule S.D.Ind. B−9013−1(d). Any objection must be served on the attorney for the filing party and filed by October 21, 2010.

    If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

    The document referenced above is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:    September 30, 2010             KEVIN P. DEMPSEY, CLERK
                                                         U.S. BANKRUPTCY COURT